**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: PARAGARD IUD PRODUCTS
LIABILITY LITIGATION
This document relates to:
  Amanda DeCaria

                                    Plaintiff,

vs.

TEVA PHARMACEAUTICALS USA, INC., et
al,

                             Defendants.

|  |
|---|

MDL DOCKET NO. 2974
1:20-md-2974

CIVIL ACTION FILE

NO. 1:23-cv-05282

## J U D G M E N T

    This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration, it is

    **Ordered and Adjudged** that the action be **DISMISSED WITH PREJUDICE** for Plaintiff's failure to comply with lawful Orders of the Court.

    Dated at Atlanta, Georgia, this 15th day of July, 2026.

                                KEVIN P. WEIMER
                                CLERK OF COURT


By:   s/C. Pollard
          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 15, 2026
Kevin P. Weimer
Clerk of Court

By: s/C. Pollard
      Deputy Clerk